**Frank Millard JONES, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28341.**

Court of Criminal Appeals of Texas.

May 2, 1956.

No attorney for appellant of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated as a second offender; the punishment, one year.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.